UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ALAN GIRARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIBERTECH, INC., )<br>)<br>Defendant. ) | CAUSE NO. 3:12-cv-17-RLY-WGH |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Parties, by counsel, and stipulate, agree and represent to the Court that all matters in controversy in the above cause of action have been fully resolved and that this cause should be dismissed with prejudice, with each party to bear their own costs.

Dated this 6th day of May, 2013.

Respectfully submitted,                                   Respectfully submitted,


s/ Erin Bauer                                             s/ Jacob R. Fulcher
Erin Bauer, #27733-82                                     Jacob R. Fulcher, #23421-82
Barber & Bauer, LLP                                       Joshua B. Gessling, #28578-82
123 NW Fourth Street, Suite 402                           Kahn, Dees, Donovan & Kahn, LLP
Evansville, IN  47708                                     Post Office Box 3646
Telephone: (812) 425-9211                                 Evansville, IN  47735-3646
Facsimile: (812) 425-9216                                 Telephone: (812) 423-3183
E-mail: erin@barlegal.net                                 Facsimile: (812) 423-3841
                                                          E-mail:   jfulcher@kddk.com
                                                                    jgessling@kddk.com


Counsel for Plaintiff                                     Counsel for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of May, 2013, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Erin Bauer
BARBER & BAUER, LLP
erin@barlegal.net

Harry Bernstein
harry@harrybernsteinlaw.com


        s/ Jake R. Fulcher
        Jake R. Fulcher